IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET MITCHELL ADAMS, ) | |
|     Plaintiff, ) | CIVIL ACTION |
| ) | |
| Vs. ) | FILE NO.: 1:12-CV-2067-CAP |
| ) | |
| ROBERT JERRY COOK and ) | |
| SOUTHERN STATES SAVINGS ) | |
| AND RETIREMENT PLAN, ) | |
|     Defendants, ) | |

## DISMISSAL WITHOUT PREJUDICE

Comes now plaintiff JANET MITCHELL ADAMS, within the time parameters provided by law, and files her DISMISAL WITHOUT REJUDICE of the captioned lawsuit against the named defendants.

This 20th day of September, 2012.

                                                GENE BURKETT
                                                Attorney for Plaintiff
                                                Georgia Bar No.: 095750

2641 Westwood Drive
Conyers, GA 30094
770-483-2561

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed plaintiff's DISMISSAL WITHOUT PREJUDICE of the captioned lawsuit using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Albert A. Chapar, Jr., Esq.
> 945 Bank Street, Suite B
> Conyers, Georgia 30012
>
> John R. Myer, Esq.
> 170 Mitchell Street, S.W.
> Atlanta, Georgia 30303
>
> John A. Nix, Esq.
> MADDOX, NIX, BOWMAN & ZOECKLER
> 945 Bank Street
> P. O. Drawer 1017
> Conyers, Georgia 30012

This 20th day of September

GENE BURKETT
Attorney for Plaintiff
Georgia Bar No.: 095750

2641 Westwood Drive
Conyers, GA 30094
770-483-2561